UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANTHONY BOVA | ) | |
| | ) | |
| | ) | |
| V. | ) | CIV. NO. 04-11957-MEL |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S MOTION FOR MORE TIME TO RESPOND TO DEFENDANT'S HABEAS PETITION**

The Respondent United States seeks an additional sixty days to respond to the Petitioner's motion. On September 9, 2004, the Petitioner Anthony Bova filed a motion to vacate, set aside or correct his sentence pursuant to Title 28, United States Code, Section 2255. On January 20, 2005, this Court issued an Order directing the Respondent United States to file a response "within 20 days of receipt of this Order." The Order was entered in the docket January 21, 2005. The United States Attorney's Office received the Court's Order on January 24, 2005, and the undersigned Assistant U.S. Attorney (who prosecuted the underlying criminal case that is the subject of Petitioner's motion) received the petition and the Court's Order on January 28, 2005. The United States seeks an additional sixty days to file a response.

There are many reason for the request of additional time, including, but not limited to:  First, the petition is filed pro se and thus the petitioner's claims are not clearly presented. Second, much of the file of the underlying criminal case is no

longer in the files kept by the prosecuting attorney, but have been sent to archives.  Third, the Petitioner did not serve a copy of his motion on the Respondent.

    Wherefore the Respondent seeks an additional sixty days to respond to Petitioner's motion.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                      By:   /s/ Jeffrey Auerhahn
                                  JEFFREY AUERHAHN
                                  Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    This is to certify that, on February 14, 2005, I have served by first class mail, a copy of this document upon Anthony Bova, FMC Devens, G-B, P.O. Box 879, Ayer, Massachusetts 01432.

                                    /s/ Jeffrey Auerhahn
                                    JEFFREY AUERHAHN
                                    Assistant U.S. Attorney